## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>BRAD LEEPER,<br><br>                Defendants. | **4:24CR3008**<br><br>**ORDER** |

      Defendant Leeper has moved to continue the pretrial motion deadline to a time indefinite (Filing No. 42) because discovery is not yet complete.

1. Earlier today, on February 9, 2024, this Court granted Defendant Binegar's motion to extend and extended the pretrial motion deadline to March 14, 2024 as to all defendants in the above-captioned matter (Filing No. 41).

2. Should Defendant Leeper or any of the other defendants need additional time to prepare pretrial motions when the current pretrial motion deadline is more imminent, this Court will consider such motion. However, at this time, Defendant Leeper's motion to extend (Filing No. 42) will be denied.

      IT IS SO ORDERED.

      Dated this 9th day of February, 2024.

                                                               BY THE COURT:

                                                              *s/ Jacqueline M. DeLuca*
                                                              United States Magistrate Judge